IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


ZACHERY THOMAS BRESSMAN                                     PLAINTIFF

      v.                                    CASE NO. 2:22-CV-2137

NURSE ROCHELLE, Sebastian County Detention Center; and
CORPORAL TEANI MEDLIN, Sebastian County
Adult Detention Center                                      DEFENDANTS


## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this November 15, 2022.


/s/ P. K. Holmes III

P.K. HOLMES III
U.S. DISTRICT JUDGE